No. 3710.—Veve, apdo., *v.* Rodríguez Flores, aplte.—C. D. San Juan, Disto. 2º. Julio 22, 1925. No habiendo el apelante perfeccionado su recurso de acuerdo con la sección 12 de la vigente ley de desahucio dejando de otorgar la fianza requerida por dicha sección, se declara con lugar la moción del apelado y se desestima la apelación.

No. 2567.—El Pueblo, apdo., *v.* Morales, aplte.— C. D. Aguadilla. Julio 23, 1925. Portar armas. Apareciendo que el único error que se alega es de la insuficiencia de la prueba, examinada ésta y encontrando que demuestra que el acusado portó el revólver a que se refiere la acusación alrededor de la fecha señalada en la misma, sin que sea necesario que se le ocupara sobre su persona, procede declarar como se declaró sin lugar el recurso y se confirmó la sentencia apelada.